NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Douglas G. Muehlhauser (SBN 179495)
Mark Lezama (SBN 253479)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor, Irvine, CA  92614
Telephone: 949-760-0404
Fax: 949-760-9502

ATTORNEY(S) FOR: Plaintiff Nomadix, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff(s), <br> v. <br> SIA MIKROTĪKLS; MICROCOM TECHNOLOGIES, INC.; CREATIVE WIRELESS, INC.; & GLOBAL IT COMMUNICATIONS, INC. <br> Defendant(s) | CASE NUMBER: <br><br> 2:19-CV-10202 <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff Nomadix, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Nomadix, Inc. | Plaintiff |
| GWHSPV, LLC | Parent company of Nomadix, Inc. |
| Gate Worldwide Holdings LLC | Parent company of GWHSPV, LLC |

December 2, 2019                           /s/ Douglas G. Muehlhauser
Date                                              Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Nomadix, Inc.