Douglas G. Muehlhauser (SBN 179495)
doug.muehlhauser@knobbe.com
Mark Lezama (SBN 253479)
mark.lezama@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone:  949-760-0404
Facsimile:  949-760-9502

Attorneys for Plaintiff
NOMADIX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., | Case No. 2:19-CV-10202 |
| Plaintiff, | **NOTICE OF RELATED CASES [LR 83-1.3.1]** |
| v. | |
| SIA MIKROTĪKLS; MICROCOM TECHNOLOGIES, INC.; CREATIVE WIRELESS, INC.; and GLOBAL IT COMMUNICATIONS, INC., | |
| Defendants. | |

Plaintiff Nomadix submits this Notice of Related Cases pursuant to Local Rule 83-1.3.1 to inform the Court that the present matter is related to *Nomadix, Inc. v. Second Rule LLC*, Case No. CV07-01946 DDP (VBKx), *Nomadix, Inc. v. Hewlett-Packard Company et al.*, Case No. CV09-08441 DDP (VBKx), *Nomadix, Inc. v. SolutionInc Technologies Limited*, CV10-00381 DDP (VBKx), and *Nomadix, Inc. v. Hospitality Core Services LLC*, Case No. CV14-08256 DDP (Ex). The Honorable Dean D. Pregerson presided over each of these other cases.

Nomadix believes these matters are related because they 1) call for determination of the same or substantially related or similar questions of law and fact, 2) involve some of the same patents, and 3) would entail substantial duplication of labor if heard by different judges.

In particular, in the present case, Nomadix alleges infringement of the following five patents: U.S. Patent Nos. 6,636,894, 7,194,554, 8,156,246, 7,554,995, and 7,088,727. In each of CV07-01946, CV09-08441, CV10-00381, and CV14-08256, Nomadix alleged infringement of at least two of these patents and, in some cases, as many as four patents. All four prior cases involved claim construction of patents currently alleged to be infringed in this case (CV09-08441 and CV10-00381 were consolidated pretrial, including for claim construction). The present case is likely to call for the same or substantially related or similar questions of claim construction.

The following table shows the overlap in patents asserted:

| Patents in this case | CV07-01946 | CV09-08441 | CV10-00381 | CV14-08256 |
|---|---|---|---|---|
| '894 | ✓ | ✓ | ✓ | ✓ |
| '554 |   | ✓ | ✓ |   |
| '246 |   |   |   | ✓ |
| '995 |   | ✓ | ✓ |   |
| '727 | ✓ | ✓ | ✓ |   |

-2-

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | Respectfully submitted, |
| 4 | | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 5 | | |
| 6 | Dated: December 2, 2019 | /s/ *Douglas G. Muehlhauser* |
| 7 | | Douglas G. Muehlhauser<br>Mark Lezama |
| 8 | | Attorneys for Plaintiff<br>NOMADIX, INC. |
| 9 | 31789083 | |