Mark D. Nielsen, Esq., No. 210,023
  *mnielsen@cislo.com*
Daniel M. Cislo, Esq., No. 125,378
  *dan@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Fax: (310) 394-4477

Attorneys for Defendant,
MICROCOM TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SIA MIKROTĪKLS; MICROCOM TECHNOLOGIES, INC.; CREATIVE WIRELESS, INC.; and GLOBAL IT COMMUNICATIONS, INC., <br><br> Defendants. | CASE NO. 2:19-cv-10202-DDP-E <br><br> [Hon. Dean D. Pregerson] <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Complaint Served: 1/22/2020 <br> Current Response Date: 2/12/2020 <br> New Response Date: 3/13/2020 |

## **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Pursuant to Local Rule 8-3, Defendant Microcom Technologies, Inc. and Plaintiff Nomadix, Inc., by and through their respective counsel of record, hereby stipulate and agree that Microcom Technologies, Inc. shall have up to, and including, March 13, 2020 to file a response to the complaint in this action.

| | |
|---|---|
| **CISLO & THOMAS LLP** | **KNOBBE MARTENS OLSON AND BEAR LLP** |
| /s/Mark D. Nielsen | /s/Mark Lezama (with permission) |
| Mark D. Nielsen | Douglas G. Muehlhauser |
| Daniel M. Cislo | Mark Lezama |
| Attorneys for Defendant, MICROCOM TECHNOLOGIES, INC. | Attorney for Plaintiff, NOMADIX, INC. |
| Dated: February 12, 2020 | Dated: February 12, 2020 |

\\Srv-db\tmdocs\20-41126\Local Rule 8-3 Stipulation for Extension of Time to Respond to Complaint.docx

1

# CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2020, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court.

I hereby certify that on February 12, 2020, I caused the foregoing document to be served by the Court's Electronic Filing System:

Douglas G Muehlhauser
doug.muehlhauser@knobbe.com
Mark Lezama
mark.lezama@knobbe.com
Knobbe Martens Olson and Bear LLP
2040 Main Street 14th Floor
Irvine, CA 92614
Telephone: 949-760-0404
Fax: 949 760 9502

☒ **FEDERAL**: I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on February 12, 2020, at Westlake Village, California.

/s/ Laura Banuelos
Laura Banuelos

2