| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Mark D. Nielsen, Esq., 210,023<br>Daniel M. Cislo, Esq., 125,378<br>Cislo & Thomas LLP<br>12100 Wilshire Blvd., Suite 1700<br>Los Angeles, CA 90025<br>Tel: 310.979.9190<br>Fax: 310.394.4477 | |
| ATTORNEY(S) FOR: Microcom Technologies, Inc. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nomadix, Inc.<br><br>Plaintiff(s),<br>v.<br>Sia Mikrotikls; Microcom Technologies, Inc.; Creative Wireless, Inc.; and Global IT Communications, Inc.<br><br>Defendant(s) | CASE NUMBER:<br>2:19-cv-10202-DDP-E<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Microcom Technologies, Inc.___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Nomadix, Inc. | Plaintiff |
| Microcom Technologies, Inc. | Defendant |
| Sia Mikrotikls | Defendant |
| Creative Wireless, Inc. | Defendant |
| Global IT Communications, Inc. | Defendant |

| | |
|---|---|
| February 12, 2020<br>Date | /s/ Mark D. Nielsen<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Microcom Technologies, Inc.

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 12, 2020, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court.

  I hereby certify that on February 12, 2020, I caused the foregoing document to be served by the Court's Electronic Filing System:

Douglas G Muehlhauser
doug.muehlhauser@knobbe.com
Mark Lezama
mark.lezama@knobbe.com
Knobbe Martens Olson and Bear LLP
2040 Main Street 14th Floor
Irvine, CA 92614
Telephone: 949-760-0404
Fax: 949 760 9502

☒  **FEDERAL**: I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on February 12, 2020, at Westlake Village, California.

                /s/ Laura Banuelos
                Laura Banuelos

2