1  Douglas G. Muehlhauser (SBN 179495)
   doug.muehlhauser@knobbe.com
2  Perry D. Oldham (SBN 216,016)
   Perry.oldham@knobbe.com
3  Mark Lezama (SBN 253479)
   mark.lezama@knobbe.com
4  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
5  Irvine, CA  92614
   Telephone:  949-760-0404
6  Facsimile:  949-760-9502

7  Attorneys for Plaintiff
   NOMADIX, INC.
8

9

10            IN THE UNITED STATES DISTRICT COURT

11         FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                     WESTERN DIVISION

13

14  NOMADIX, INC.,                    | Case No. CV19-10202 DDP (Ex)

15           Plaintiff,               | **NOMADIX'S NOTICE OF
                                      | MOTION AND MOTION FOR
16       v.                           | AN ORDER AUTHORIZING
                                      | SERVICE OF PROCESS ON
17  SIA MIKROTĪKLS; MICROCOM          | DEFENDANT GLOBAL IT
18  TECHNOLOGIES, INC.; CREATIVE      | COMMUNICATIONS, INC.
    WIRELESS, INC.; and GLOBAL IT     | THROUGH THE
19  COMMUNICATIONS, INC.,             | CALIFORNIA SECRETARY
                                      | OF STATE AND FOR
20           Defendants.              | EXTENSION OF TIME TO
21                                    | EFFECT SERVICE**

22

23                                    HEARING:
                                      March 30, 2020
24                                    10:00 a.m.
                                      Courtroom 9C
25

26                                    Honorable Dean D. Pregerson
27

28

1    PLEASE TAKE NOTICE that Plaintiff Nomadix hereby moves for entry of

2  an order authorizing service of process on Defendant Global IT Communications,

3  Inc. ("Global IT") through the California Secretary of State in accordance with

4  California Corporation Code § 1702, and an extension of time to effect service under

5  Fed. R. Civ. P. 4(m). Subject to the Court's availability, the motion will be heard on

6  Monday, March 30, 2020, at 10:00 a.m., in Courtroom 9C, before the Honorable

7  Dean D. Pregerson.

8    This motion is made in an effort to effect service of process; Nomadix was

9  unable to confer with Global IT as no counsel for Globat IT has appeared in this case

10  and Nomadix has been unsuccessful in contacting Global IT regarding service.

11    Nomadix bases the motion on this notice; the concurrently filed opening brief;

12  the supporting declaration of Perry D. Oldham and exhibits thereto; any

13  subsequently filed briefs; the pleadings and papers filed in this action; and any other

14  arguments, evidence, and matters submitted to the Court, at the hearing or otherwise.

15  Nomadix is also lodging a proposed order for the Court's consideration.

16

17    Respectfully submitted,

18    KNOBBE, MARTENS, OLSON & BEAR, LLP

19

20  Dated: March 2, 2020        /s/ *Perry D. Oldham*
                                 Douglas G. Muehlhauser
21                               Perry D. Oldham
                                 Mark Lezama
22
                                 Attorneys for Plaintiff
23                               NOMADIX, INC.

24
    32345659
25

26

27

28

-1-