Douglas G. Muehlhauser (SBN 179495)
doug.muehlhauser@knobbe.com
Perry D. Oldham (SBN 216,016)
Perry.oldham@knobbe.com
Mark Lezama (SBN 253479)
mark.lezama@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone:  949-760-0404
Facsimile:  949-760-9502

Attorneys for Plaintiff
NOMADIX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>SIA MIKROTĪKLS; MICROCOM TECHNOLOGIES, INC.; CREATIVE WIRELESS, INC.; and GLOBAL IT COMMUNICATIONS, INC.,<br><br>        Defendants. | Case No. 2:19-cv-10202-DDP-E<br><br>**DECLARATION OF PERRY OLDHAM IN SUPPORT OF NOMADIX, INC.'S MOTION FOR AN ORDER AUTHORIZING SERVICE OF PROCESS ON DEFENDANT GLOBAL IT COMMUNICATIONS, INC. THROUGH THE CALIFORNIA SECRETARY OF STATE AND FOR EXTENSION OF TIME TO EFFECT SERVICE**<br><br>Honorable Dean D. Pregerson |

I, Perry Oldham, hereby declare as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and am counsel of record for Plaintiff Nomadix, Inc. ("Nomadix").

2. Attached as Exhibit 1 is a true and correct copy of the California Secretary of State website with information about Global IT contained in the California Secretary of State's database.

3. Attached as Exhibit 2 is a true and correct copy of a Statement of Information that Global IT filed a with the Secretary of State on November 16, 2015.

4. Attached as Exhibit 3 is a true and correct copy of a Statement of Information that Global IT filed a with the Secretary of State on October 14, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 2, 2020, in Irvine, California.

/s/ *Perry D. Oldham*
Perry D. Oldham

32317366