**Alex Padilla**
**California Secretary of State**

## 🔍 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Saturday, February 29, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

C2710024    GLOBAL IT COMMUNICATIONS, INC

| | |
|---|---|
| **Registration Date:** | 12/01/2004 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | JAYME WILLIAMS |
| | 14067 SUMMIT DR |
| | WHITTIER CA 90602 |
| **Entity Address:** | 6720 BRIGHT AVE |
| | WHITTIER CA 90601 |
| **Entity Mailing Address:** | 6720 BRIGHT AVE |
| | WHITTIER CA 90601 |

A Statement of Information is due EVERY year beginning five months before and through the end of December.

| Document Type | File Date | PDF |
|---|---|---|
| SI-NO CHANGE | 10/14/2019 | |
| SI-COMPLETE | 11/16/2015 | |
| REGISTRATION | 12/01/2004 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

[Modify Search]  [New Search]  [Back to Search Results]