Douglas G. Muehlhauser (SBN 179495)
doug.muehlhauser@knobbe.com
Perry D. Oldham (SBN 216,016)
Perry.oldham@knobbe.com
Mark Lezama (SBN 253479)
mark.lezama@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Attorneys for Plaintiff
NOMADIX, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SIA MIKROTĪKLS; MICROCOM TECHNOLOGIES, INC.; CREATIVE WIRELESS, INC.; and GLOBAL IT COMMUNICATIONS, INC.,<br><br>Defendants. | Case No. CV19-10202 DDP (Ex)<br><br>**DECLARATION OF SANDRA FELIX IN SUPPORT OF NOMADIX, INC.'S MOTION FOR AN ORDER AUTHORIZING SERVICE OF PROCESS ON DEFENDANT GLOBAL IT COMMUNICATIONS, INC. THROUGH THE CALIFORNIA SECRETARY OF STATE AND FOR EXTENSION OF TIME TO EFFECT SERVICE**<br><br>Honorable Dean D. Pregerson |

I, Sandra Felix, hereby declare as follows:

1. I am an employee of ProLegal, a company that provides legal support services for law firms, including service of process.

2. On January 22, 2020, I attempted service of the complaint and summons in this case on Defendant Global IT Communications, Inc., at 14067 Summit Drive, Whittier, CA, 90602. The address appears to be a residence. No one answered the door.

3. On January 24, 2020, I attempted service again at 14067 Summit Drive, Whittier, CA, 90602. Again, no one answered.

4. On January 25, 2020, I attempted service again at 14067 Summit Drive, Whittier, CA, 90602. Again, no one answered.

5. On January 30, 2020, I attempted service at Defendant's office located at 6720 Bright Avenue, Whittier, CA. The business was closed and locked, and no one answered the door.

6. On February 3, 2020, I attempted service again at 6720 Bright Avenue, Whittier, CA. Again, the business was closed and locked, and no one answered the door.

7. On February 4, 2020, I attempted service again at 6720 Bright Avenue, Whittier, CA. Again, the business was closed and locked, and no one answered the door.

8. On February 15, 2020, I attempted service again at 14067 Summit Drive, Whittier, CA, 90602. Again, no one answered.

9. On February 17, 2020, I attempted service again at 14067 Summit Drive, Whittier, CA, 90602. Again, no one answered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 2, 2020, in Los Angeles, California.

_____
Sandra Felix

32344621