Mark D. Nielsen, Esq., No. 210,023
 *mnielsen@cislo.com*
Daniel M. Cislo, Esq., No. 125,378
 *dan@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Fax: (310) 394-4477

Attorneys for Defendant,
MICROCOM TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMADIX, INC., | CASE NO. 2:19-cv-10202-DDP-E |
| Plaintiff, | [Hon. Dean D. Pregerson] |
| vs. | **STIPULATION TO EXTEND TIME FOR MICROCOM TECHNOLOGIES, INC. TO RESPOND TO COMPLAINT** |
| SIA MIKROTĪKLS; MICROCOM TECHNOLOGIES, INC.; CREATIVE WIRELESS, INC.; and GLOBAL IT COMMUNICATIONS, INC., | |
| Defendants. | Complaint Served: 1/22/2020<br>Current Response Date: 3/13/2020<br>New Response Date: 4/13/2020 |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

WHEREAS, on January 22, 2020, Plaintiff Nomadix, Inc. ("Nomadix") served the complaint on Defendant Microcom Technologies, Inc.'s ("Microcom") agent for service of process;

WHEREAS, on or about February 12, 2020, Nomadix and Microcom submitted a stipulation pursuant to Local Rule 8-3 extending Microcom's deadline to respond to the Complaint to March 13, 2020;

WHEREAS, counsel for the parties are engaging in discussions regarding whether this matter can be resolved as to Microcom;

WHEREAS, in connection with counsel's discussions, counsel for both parties believe that additional time, without escalation of the litigation, will support the parties' discussions; and,

WHEREAS, because the other named defendants in the matter appear to be avoiding service and thus have yet to be served, allowing this extension of time to Microcom will not cause any delay in the overall case.

///
///
///

NOW THEREFORE, Defendant Microcom Technologies, Inc. and Plaintiff Nomadix, Inc., by and through their respective counsel of record, hereby stipulate and agree that Microcom Technologies, Inc. shall have up to, and including, April 13, 2020 to file a response to the complaint in this action.

**IT IS SO STIPULATED**.

| CISLO & THOMAS LLP | KNOBBE MARTENS OLSON AND BEAR LLP |
|---|---|
| /s/Mark D. Nielsen<br>Mark D. Nielsen<br>Daniel M. Cislo | /s/Perry D. Oldham (with permission)<br>Douglas G. Muehlhauser<br>Perry D. Oldham |
| Attorneys for Defendant,<br>MICROCOM TECHNOLOGIES, INC. | Attorney for Plaintiff,<br>NOMADIX, INC. |
| Dated: March 11, 2020 | Dated: March 11, 2020 |

\\Srv-db\tmdocs\20-41126\Stipulation for Extension of Time to Respond to Complaint - Nomadix.docx

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2020, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court.

I hereby certify that on March 11, 2020, I caused the foregoing document to be served by the Court's Electronic Filing System:

Douglas G Muehlhauser
doug.muehlhauser@knobbe.com
Perry D. Oldham
perry.oldham@knobbe.com
Knobbe Martens Olson and Bear LLP
2040 Main Street 14th Floor
Irvine, CA 92614
Telephone: 949-760-0404
Fax: 949 760 9502

☒ **FEDERAL**:  I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on March 11, 2020, at Westlake Village, California.

/s/ Laura Banuelos
Laura Banuelos

3