Mark D. Nielsen, Esq., No. 210,023
  *mnielsen@cislo.com*
Daniel M. Cislo, Esq., No. 125,378
  *dan@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Fax: (310) 394-4477

Attorneys for Defendant,
MICROCOM TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMADIX, INC., | CASE NO. 2:19-cv-10202-DDP-E |
| Plaintiff, | [Hon. Dean D. Pregerson] |
| vs. | |
| SIA MIKROTĪKLS; MICROCOM TECHNOLOGIES, INC.; CREATIVE WIRELESS, INC.; and GLOBAL IT COMMUNICATIONS, INC., | **[PROPOSED] ORDER EXTENDING TIME FOR MICROCOM TECHNOLOGIES, INC. TO RESPOND TO COMPLAINT** |
| Defendants. | |

CISLO & THOMAS LLP
*Attorneys at Law*
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

## [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Having reviewed the Parties' Stipulation to Extend Time for Microcom Technologies, Inc. to Respond to the Complaint, and finding good cause therefor, the Court hereby grants the requested relief in the Stipulation and extends Microcom Technologies, Inc.'s deadline to respond to the Complaint to April 13, 2020.

**IT IS SO ORDERED.**

Dated: _____, 2020        By: _____

                                           Hon. Dean D. Pregerson
                                           United States District Judge

Respectfully submitted,

**CISLO & THOMAS LLP**

/s/Mark D. Nielsen
Mark D. Nielsen
Daniel M. Cislo
Attorneys for Defendant,
MICROCOM TECHNOLOGIES, INC.

Date: March 11, 2020

\\Srv-db\tmdocs\20-41126\Proposed Order Extending Time to Respond to Complaint - Nomadix.docx

1

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2020, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court.

I hereby certify that on March 11, 2020, I caused the foregoing document to be served by the Court's Electronic Filing System:

Douglas G Muehlhauser
doug.muehlhauser@knobbe.com
Perry D. Oldham
perry.oldham@knobbe.com
Knobbe Martens Olson and Bear LLP
2040 Main Street 14th Floor
Irvine, CA 92614
Telephone: 949-760-0404
Fax: 949 760 9502

☒   **FEDERAL**:  I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on March 11, 2020, at Westlake Village, California.

/s/ Laura Banuelos
Laura Banuelos