**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SIA MIKROTĪKLS; MICROCOM TECHNOLOGIES, INC.; CREATIVE WIRELESS, INC.; and GLOBAL IT COMMUNICATIONS, INC., <br><br> Defendants. | CASE NO. 2:19-cv-10202-DDP-E <br><br> **ORDER EXTENDING TIME FOR MICROCOM TECHNOLOGIES, INC. TO RESPOND TO COMPLAINT** |

**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

Having reviewed the Parties' Stipulation to Extend Time for Microcom Technologies, Inc. to Respond to the Complaint, and finding good cause therefor, the Court hereby grants the requested relief in the Stipulation and extends Microcom Technologies, Inc.'s deadline to respond to the Complaint to April 13, 2020.

**IT IS SO ORDERED.**

Dated: March 12, 2020    By: _____
                             Hon. Dean D. Pregerson
                             United States District Judge

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 Wilshire Boulevard
Los Angeles, California 90025
Telephone: (310) 451-0647   Facsimile: (310) 394-4477

1