IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIA MIKROTĪKLS; MICROCOM TECHNOLOGIES, INC.; CREATIVE WIRELESS, INC.; and GLOBAL IT COMMUNICATIONS, INC., <br><br> Defendants. | Case No. 2:19-cv-10202-DDP-E <br><br> **ORDER AUTHORIZING SERVICE OF PROCESS ON DEFENDANT GLOBAL IT COMMUNICATIONS, INC. THROUGH THE CALIFORNIA SECRETARY OF STATE AND FOR EXTENSION OF TIME TO EFFECT SERVICE [15]** |

Having read and considered the motion by Plaintiff Nomadix, Inc. for an order authorizing it to serve defendant Global IT Communications, Inc. ("Global IT") through the California Secretary of State in accordance with California Corporation Code § 1702 and for an extension of time to effect service, any opposition or reply thereto, and good cause appearing therefor, the Court hereby GRANTS Plaintiff's application. Plaintiff may serve Global IT by personally delivering to the Secretary of State, or to any person employed in the Secretary of State's office in the capacity of assistant or deputy, one copy of the summons and complaint, together with a copy of the order authorizing such service, and the necessary fee. The time for Plaintiff to effect service of process on Global IT is hereby extended to 30 days after the date this order is entered in the civil docket.

**IT IS SO ORDERED.**

Dated: April 8, 2020

Honorable Dean D. Pregerson

- 1 -