Mark D. Nielsen, Esq., No. 210,023
  *mnielsen@cislo.com*
Daniel M. Cislo, Esq., No. 125,378
  *dan@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Fax: (310) 394-4477

Attorneys for Defendant,
MICROCOM TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SIA MIKROTĪKLS; MICROCOM TECHNOLOGIES, INC.; CREATIVE WIRELESS, INC.; and GLOBAL IT COMMUNICATIONS, INC., <br><br> Defendants. | CASE NO. 2:19-cv-10202-DDP-E <br><br> [Hon. Dean D. Pregerson] <br><br> **STIPULATION TO EXTEND TIME FOR MICROCOM TECHNOLOGIES, INC. TO RESPOND TO COMPLAINT** <br><br> Complaint Served: 1/22/2020 <br> Current Response Date: 4/13/2020 <br> New Response Date: 5/13/2020 |

# STIPULATION

WHEREAS, on January 22, 2020, Plaintiff Nomadix, Inc. ("Nomadix") served the complaint on Defendant Microcom Technologies, Inc.'s ("Microcom") agent for service of process;

WHEREAS, on or about February 12, 2020, Nomadix and Microcom submitted a stipulation and proposed order pursuant to Local Rule 8-3 extending Microcom's deadline to respond to the Complaint to March 13, 2020 (Dkt. No. 11);

WHEREAS, on March 11, 2020, the parties submitted a stipulation and proposed order to a 30-day extension to respond to the complaint, which the Court granted on March 12, 2020 (Dkt. Nos. 19 and 20, respectively).

WHEREAS, counsel for the parties are engaging in discussions regarding whether this matter can be resolved as to Microcom;

WHEREAS, in connection with counsels' discussions, counsel for both parties believe that additional time, without escalation of the litigation, will support the parties' discussions; and,

WHEREAS, because other named defendants have yet to be served – one being served via the Hague Service Convention and another being served via the Secretary of State as the Court recently allowed – service on the other defendants remains in process and this extension will not cause any delay in the overall case.

///
///
///

NOW THEREFORE, Defendant Microcom Technologies, Inc. and Plaintiff Nomadix, Inc., by and through their respective counsel of record, hereby stipulate and agree that Microcom Technologies, Inc. shall have up to, and including, May 13, 2020 to file a response to the complaint in this action.

**IT IS SO STIPULATED**.

| **CISLO & THOMAS LLP** | **KNOBBE MARTENS OLSON AND BEAR LLP** |
|---|---|
| /s/ Mark D. Nielsen<br>Mark D. Nielsen<br>Daniel M. Cislo | /s/Perry D. Oldham (with permission)<br>Douglas G. Muehlhauser<br>Perry D. Oldham |
| Attorneys for Defendant,<br>MICROCOM TECHNOLOGIES, INC. | Attorney for Plaintiff,<br>NOMADIX, INC. |
| Dated: April 13, 2020 | Dated: April 13, 2020 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2020, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court.

I hereby certify that on April 13, 2020, I caused the foregoing document to be served by the Court's Electronic Filing System:

Douglas G Muehlhauser
doug.muehlhauser@knobbe.com
Perry D. Oldham
perry.oldham@knobbe.com
Knobbe Martens Olson and Bear LLP
2040 Main Street 14th Floor
Irvine, CA 92614
Telephone: 949-760-0404
Fax: 949 760 9502

☒ **FEDERAL**: I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on April 13, 2020, at Westlake Village, California.

/s/ Laura Banuelos
Laura Banuelos

4