1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

NOMADIX, INC.,

        Plaintiff,

    v.

SIA MIKROTĪKLS; MICROCOM
TECHNOLOGIES, INC.; CREATIVE
WIRELESS, INC.; and GLOBAL IT
COMMUNICATIONS, INC.,

        Defendants.

CASE NO. 2:19-cv-10202-DDP-E

[Hon. Dean D. Pregerson]

**ORDER ON STIPULATION
FOR EXTENSION FOR
DEFENDANT MICROCOM
TECHNOLOGIES, INC. TO
RESPOND TO COMPLAINT**

1

## ORDER

2

      Having read and considered the parties' Stipulation to Extend Time for

3

Micrcom Technologies, Inc. to Respond to Complaint, and good cause appearing

4

therefor, the Court hereby GRANTS the stipulation.   Defendant Microcom

5

Technologies, Inc. shall have up to, and including, May 13, 2020 to file a response

6

to the complaint in this action.

7

8

**IT IS SO ORDERED.**

9

10

Date: April 14, 2020

                    _____

11

                      Hon. Dean D. Pregerson
                      United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-