Mark D. Nielsen, Esq., No. 210,023
  *mnielsen@cislo.com*
Daniel M. Cislo, Esq., No. 125,378
  *dan@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Fax: (310) 394-4477

Attorneys for Defendant,
MICROCOM TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOMADIX, INC., | CASE NO. 2:19-cv-10202-DDP-E |
| Plaintiff, | [Hon. Dean D. Pregerson] |
| vs. | **STIPULATION TO EXTEND TIME FOR MICROCOM TECHNOLOGIES, INC. TO RESPOND TO COMPLAINT** |
| SIA MIKROTĪKLS; MICROCOM TECHNOLOGIES, INC.; CREATIVE WIRELESS, INC.; and GLOBAL IT COMMUNICATIONS, INC., | |
| Defendants. | Complaint Served: 1/22/2020<br>Current Response Date: 6/12/2020<br>New Response Date: 7/10/2020 |

**STIPULATION**

WHEREAS, on January 22, 2020, Plaintiff Nomadix, Inc. ("Nomadix") served the complaint on Defendant Microcom Technologies, Inc.'s ("Microcom") agent for service of process;

WHEREAS, on or about February 12, 2020, Nomadix and Microcom submitted a stipulation and proposed order pursuant to Local Rule 8-3 extending Microcom's deadline to respond to the Complaint to March 13, 2020 (Dkt. No. 11);

WHEREAS, on March 11, 2020, the parties submitted a stipulation and proposed order to a 30-day extension to respond to the complaint, which the Court granted on March 12, 2020 (Dkt. Nos. 19 and 20, respectively);

WHEREAS, on April 13, 2020, as the parties continued to engage in settlement discussions, the parties submitted a stipulation and proposed order for a similar 30-day extension for Microcom to respond to the complaint, which the Court granted on April 14, 2020 (Dkt. Nos. 23 and 24, respectively);

WHEREAS, on May 12, 2020, as the parties continued to engage in settlement discussions, the parties submitted a stipulation and proposed order for an additional 30-day extension for Microcom to respond to complaint, which the Court granted on May 13, 2020 (Dkt. Nos. 28 and 29, respectively);

WHEREAS, counsel for the parties have made progress, and continue to engage in good faith discussions about resolution as to Microcom, including drafting documents in that regard, and remain hopeful that a resolution may soon be reached;

WHEREAS, in connection with counsels' discussions, counsel for both parties believe that additional time, without escalation of the litigation, will support the parties' ongoing discussions; and,

WHEREAS, because at least one of the other named defendants has yet to be served, and is in the process of being served via the Hague Service Convention – this extension of time will not cause any delay in the overall case.

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90025
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477

NOW THEREFORE, Defendant Microcom Technologies, Inc. and Plaintiff Nomadix, Inc., by and through their respective counsel of record, hereby stipulate and agree that Microcom Technologies, Inc. shall have up to, and including, July 10, 2020 to file a response to the complaint in this action.

**IT IS SO STIPULATED**.

**CISLO & THOMAS LLP**

**KNOBBE MARTENS OLSON AND BEAR LLP**

/s/ Mark D. Nielsen
Mark D. Nielsen
Daniel M. Cislo

/s/Perry D. Oldham (with permission)
Douglas G. Muehlhauser
Perry D. Oldham

Attorneys for Defendant,
MICROCOM TECHNOLOGIES, INC.

Attorney for Plaintiff,
NOMADIX, INC.

Dated: June 10, 2020

Dated: June 10, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2020, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court.

I hereby certify that on June 10, 2020, I caused the foregoing document to be served by the Court's Electronic Filing System:

Douglas G Muehlhauser
doug.muehlhauser@knobbe.com
Perry D. Oldham
perry.oldham@knobbe.com
Knobbe Martens Olson and Bear LLP
2040 Main Street 14th Floor
Irvine, CA 92614
Telephone: 949-760-0404
Fax: 949 760 9502

☒   **FEDERAL**:  I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on June 10, 2020, at Westlake Village, California.

/s/ Laura Banuelos
Laura Banuelos