IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIA MIKROTĪKLS; MICROCOM TECHNOLOGIES, INC.; CREATIVE WIRELESS, INC.; and GLOBAL IT COMMUNICATIONS, INC., <br><br> Defendants. | CASE NO. 2:19-cv-10202-DDP-E <br><br> [Hon. Dean D. Pregerson] <br><br> **[PROPOSED] ORDER ON STIPULATION FOR EXTENSION FOR DEFENDANT MICROCOM TECHNOLOGIES, INC. TO RESPOND TO COMPLAINT** |

**[PROPOSED] ORDER**

Having read and considered the parties' Stipulation to Extend Time for Microcom Technologies, Inc. to Respond to Complaint, and good cause appearing therefor, the Court hereby GRANTS the stipulation. Defendant Microcom Technologies, Inc. shall have up to, and including, July 10, 2020 to file a response to the complaint in this action.

**IT IS SO ORDERED.**

Date: _____, 2020

_____
Hon. Dean D. Pregerson
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2020, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court.

I hereby certify that on June 10, 2020, I caused the foregoing document to be served by the Court's Electronic Filing System:

Douglas G Muehlhauser
doug.muehlhauser@knobbe.com
Perry D. Oldham
perry.oldham@knobbe.com
Knobbe Martens Olson and Bear LLP
2040 Main Street 14th Floor
Irvine, CA 92614
Telephone: 949-760-0404
Fax: 949 760 9502

☒ **FEDERAL**: I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on June 10, 2020, at Westlake Village, California.

/s/ Laura Banuelos
Laura Banuelos