IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIA MIKROTĪKLS; MICROCOM TECHNOLOGIES, INC.; CREATIVE WIRELESS, INC.; and GLOBAL IT COMMUNICATIONS, INC., <br><br> Defendants. | CASE NO. 2:19-cv-10202-DDP-E <br><br> [Hon. Dean D. Pregerson] <br><br> **ORDER ON STIPULATION FOR EXTENSION FOR DEFENDANT MICROCOM TECHNOLOGIES, INC. TO RESPOND TO COMPLAINT** |

## ORDER

Having read and considered the parties' Stipulation to Extend Time for Microcom Technologies, Inc. to Respond to Complaint, and good cause appearing therefor, the Court hereby GRANTS the stipulation. Defendant Microcom Technologies, Inc. shall have up to, and including, July 10, 2020 to file a response to the complaint in this action.

**IT IS SO ORDERED.**

Date: June 15, 2020

Hon. Dean D. Pregerson
United States District Judge

-1-