UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NOMADIX, INC., | ) | Case No. 2:19-cv-10202-DDP-E |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING SCHEDULING** |
| | ) | **CONFERENCE** |
| v. | ) | |
| | ) | Scheduling Conference as follows: |
| SIA MIKROTIKLS et al, | ) | |
| | ) | Day: Monday |
| | ) | Date: August 3, 2020 |
| | ) | Time: 1:30 p.m. |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

_____

This matter is set for a scheduling conference in Courtroom 9C, before the Honorable Dean D. Pregerson, located at 350 West 1st Street, Los Angeles, California 90012. The conference will be held pursuant to Federal Rules of Civil Procedure 16(b). Lead trial counsel shall attend the scheduling conference.

The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than twenty-one (21) days prior to the scheduling conference and file a report

with the Court entitled "Rule 26(f) Report", not later than fourteen (14) days after they confer as required by Federal Rule of Civil Procedure 26 and the Local Rules of this Court. Failure to comply may lead to the imposition of sanctions.

IT IS SO ORDERED.

**Dated: June 26, 2020**

**DEAN D. PREGERSON**
**United States District Judge**