Douglas G. Muehlhauser (SBN 179495)
doug.muehlhauser@knobbe.com
Perry D. Oldham (SBN 216,016)
perry.oldham@knobbe.com
Mark Lezama (SBN 253479)
mark.lezama@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone:  949-760-0404
Facsimile:  949-760-9502

Attorneys for Plaintiff
NOMADIX, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIA MIKROTĪKLS; MICROCOM TECHNOLOGIES, INC.; CREATIVE WIRELESS, INC.; and GLOBAL IT COMMUNICATIONS, INC., <br><br> Defendants. | Case No. CV19-10202 <br><br> **NOTICE OF DISMISSAL OF MICROCOM TECHNOLOGIES, INC.** <br><br> Honorable Dean D. Pregerson |

1    PLEASE TAKE NOTICE that Plaintiff in the above-captioned case, Nomadix, Inc., hereby dismisses Defendant Microcom Technologies, Inc., without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. The Complaint was filed on December 2, 2019, and Defendant Microcom Technologies, Inc. has yet to submit an answer to the Complaint or a motion for summary judgment.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 17, 2020              /s/ *Douglas G. Muehlhauser*
                                  Douglas G. Muehlhauser
                                  Perry D. Oldham
                                  Mark Lezama

                                  Attorneys for Plaintiff
                                  NOMADIX, INC.

33163641