Douglas G. Muehlhauser (SBN 179495)
doug.muehlhauser@knobbe.com
Perry D. Oldham (SBN 216,016)
perry.oldham@knobbe.com
Mark Lezama (SBN 253479)
mark.lezama@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: 949-760-0404
Facsimile: 949-760-9502

Attorneys for Plaintiff
NOMADIX, INC.

[*Attorney listing continued on next page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NOMADIX, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SIA MIKROTĪKLS; MICROCOM TECHNOLOGIES, INC.; CREATIVE WIRELESS, INC.; and GLOBAL IT COMMUNICATIONS, INC.,<br><br>    Defendants. | No. CV19-10202 DDP (Ex)<br><br>**RULE 26(f) REPORT**<br><br>Honorable Dean D. Pregerson |

1  Mark J. Skapik (SBN 164957)
   Geralyn L. Skapik (SBN 145055)
2  Blair J. Berkley (SBN 222293)
   SKAPIK LAW GROUP
3  5861 Pine Avenue, Suite A-1
   Chino Hills, California 91709
4  Telephone: (909) 398-4404
   Facsimile: (909) 398-1883
5
   Attorneys for Defendant
6  GLOBAL IT COMMUNICATIONS, INC.

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1, Plaintiff Nomadix, Inc., and Defendant Global IT Communications, Inc., conferred regarding a discovery plan and other topics that these rules contemplate. Nomadix has also named as defendants Microcom Technologies, Inc., Creative Wireless, Inc., and SIA Mikrotīkls ("MikroTik"). Nomadix has dismissed its claims against Microcom without prejudice. Creative Wireless has been served with process but has not appeared. MikroTik is a Latvian company, and Nomadix is awaiting confirmation of service of process on MikroTik based on a second application under the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (Hague Service Convention). Accordingly, the parties who remain in the case and have appeared submit the following Rule 26(f) report.

## I.  PROPOSED CASE SCHEDULE

The parties have agreed on the proposed case schedule that is attached as Appendix A.

## II.  REPORT IN RESPONSE TO FEDERAL RULE OF CIVIL PROCEDURE 26(f)

**A.  Initial Disclosures**

The parties have agreed to exchange initial disclosures by August 3, 2020.

**B.  Overview Of Subjects Of Discovery**

**1.  Subjects On Which Discovery May Be Needed**

With respect to Nomadix's claims of patent infringement, Nomadix expects that discovery will be needed on at least the following subjects:

The accused Ethernet routers and switches and access points with wireless Ethernet provided by MikroTik, including their operation; the defendants' distribution and installation of the accused products; the defendants' knowledge of the asserted Nomadix patents; the defendants' knowledge of alleged infringement of the asserted Nomadix patents, and their efforts, if any, to avoid the alleged

-1-

infringement; and the defendants' actions in allegedly contributing to and inducing the infringement of the asserted Nomadix patents.

### 2. Order Of And Limitations On Topics Of Discovery

The parties do not propose conducting discovery in phases or adopting special procedures for limiting discovery to any particular issues.

### C. Discovery Of Electronically Stored Information

The parties are endeavoring to file a joint stipulation on discovery that will address discovery of electronically stored information.

### D. Privileged Documents

The parties expect that their discovery stipulation will address issues about claims of privilege and work-product immunity, including procedures for asserting these claims after inadvertent disclosure. The parties expect to submit their stipulation for the Court's approval.

### E. Limitations On Discovery

The parties do not propose any changes to the limitations on discovery imposed under the Federal Rules or Local Rules.

### F. Orders

The parties are endeavoring to submit a stipulated Protective Order and a joint stipulation on discovery for the Court's approval.

## III. REPORT IN RESPONSE TO LOCAL RULE 26-1

### A. Manual For Complex Litigation

The parties contend that, to the extent the Manual for Complex Litigation recommends procedures that differ from the Federal Rules and Local Rules, they should not be utilized in this case.

### B. Schedule For Dispositive Motions

The parties anticipate that they may file dispositive or partially dispositive motions. Nomadix anticipates that it may file one or more motions for summary judgment of infringement. Global IT anticipates it may file a motion for summary

judgment. As set forth in Appendix A, the parties propose that the deadline for all dispositive or partially dispositive motions be October 4, 2021.

**C.  Alternative Dispute Resolution**

Pursuant to Local Rule 16-15.2, the parties are filing herewith a "Request: ADR Procedure Selection"; the parties have selected ADR Procedure 1 (settlement proceedings before magistrate judge). The parties propose the ADR session occur by November 12, 2021.

**D.  Trial Estimate**

The parties preliminarily estimate that they will need four (4) to six (6) court days for trial.

**E.  Additional Parties**

Neither MikroTik nor Creative Wireless have yet appeared. The parties do not presently anticipate joining any additional parties.

**F.  Expert Witnesses**

The parties propose making expert disclosures under Federal Rule of Civil Procedure 26(a)(2) according to the proposed schedule set forth in Appendix A.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 24, 2020

/s/ *Mark Lezama*
Douglas G. Muehlhauser
Perry D. Oldham
Mark Lezama
Attorneys for Plaintiff
NOMADIX, INC.

-3-

SKAPIK LAW GROUP

Dated: July 24, 2020        /s/ *Mark J. Skapik*
                            Mark J. Skapik
                            Geralyn L. Skapik
                            Blair J. Berkley
                            Attorneys for
                            GLOBAL IT COMMUNICATIONS, INC.

## AUTHORIZATION FOR SIGNATURE

The other signatories to this document concur in this filing and have authorized the use of their signatures.

/s/ *Mark Lezama*
Mark Lezama

33131414

-4-

# Appendix A

## Proposed Schedule

| | |
|---|---|
| Deadline for requests for leave to amend pleadings or join parties | December 4, 2020 |
| Close of fact discovery (also presumptive last day for hearings on fact-discovery motions) | May 7, 2021 |
| Opening Rule 26(a)(2) expert disclosures on liability issues (by the party bearing the burden of persuasion; e.g., Nomadix's expert report on infringement and Defendants' expert report on invalidity) | May 28, 2021 |
| Opening Rule 26(a)(2) expert disclosures on damages | June 11, 2021 |
| Rebuttal Rule 26(a)(2) expert disclosures on liability issues | June 25, 2021 |
| Rebuttal expert reports on damages | July 9, 2021 |
| Close of expert discovery (also presumptive last day for hearings on expert-discovery motions) | August 20, 2021 |
| Deadline for dispositive motions | October 4, 2021 |
| Deadline for oppositions to dispositive motions filed on the deadline | October 25, 2021 |
| Deadline for reply briefs on dispositive motions filed on the deadline | November 8, 2021 |
| L.R. 16-2 conference of counsel | November 15, 2021 |
| Hearing on dispositive motions filed on the deadline (approx.) | November 22, 2021 |
| Deadline for memoranda of contentions of fact and law; witness lists; L.R. 16-16 joint exhibit list | December 12, 2021 |
| Deadline for motions *in limine* and *Daubert* motions | January 10, 2021 |
| File final pretrial conference order; objections to exhibits / deposition transcripts | February 3, 2022 |
| Final pretrial conference; hearing on motions *in limine* and *Daubert* motions | February 14, 2021 |
| Trial (4–6 court days) | March 1, 2022 |

33133432