| Name, Address and Telephone Number of Attorney(s): | |
|---|---|
| Mark Lezama (SBN 253479)<br>mark.lezama@knobbe.com<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, Fourteenth Floor, Irvine, CA  92614<br>Telephone:  949-760-0404 | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| NOMADIX, INC.,<br><br>v.                                         Plaintiff(s) | CV19-10202 DDP (Ex) |
| SIA MIKROTĪKLS; MICROCOM TECHNOLOGIES, INC.; CREATIVE WIRELESS, INC.; and GLOBAL IT COMMUNICATIONS, INC.,<br><br>Defendant(s). | **REQUEST:**<br>**ADR PROCEDURE SELECTION** |

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☑ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☑ magistrate judge assigned to the case *or* ☐ the magistrate judge in Santa Barbara for such settlement proceedings as the judge may conduct or direct.

☐ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: July 24, 2020              /s/ Mark Lezama

                                  Attorney for Plaintiff  Nomadix, Inc.

Dated: _____            _____

                                  Attorney for Plaintiff  _____

Dated: July 24, 2020              /s/ Mark Skapik (with permission)

                                  Attorney for Defendant  Global IT Communications, Inc.

Dated: _____            _____

                                  Attorney for Defendant  _____

NOTE:  If additional signatures are required, attach an additional page to this request.